# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACEY L. BROWN,

    Petitioner

v.

THE STATE OF NEVADA, et al.,

    Respondents

Case No.: 2:19-cv-02000-JAD-DJA

**Order Directing Petitioner to Pay Filing Fee or Apply to Proceed *In Forma Pauperis* by January 13, 2020**

    Petitioner Tracey L. Brown has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254,[1] but he has not paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. As a result, this matter has not been properly commenced.[2]

    It is unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. Therefore, I give Brown until January 13, 2020, to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. If Brown does neither, I will dismiss this action without prejudice and without further prior notice.

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

**IT IS THEREFORE ORDERED** that Brown must by January 13, 2020, submit either (1) the $5.00 filing fee or (2) a fully completed application to proceed *in forma pauperis*. If he fails to do one of these things, this case will be dismissed without prejudice.

Dated: December 12, 2019

_____
U.S. District Judge Jennifer A. Dorsey