# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tracey L. Brown, | Case No.: 2:19-cv-2000-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| The State of Nevada, | [ECF No. 6] |
| Respondent | |

Petitioner Tracey L. Brown brings this pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2016 state-court conviction for robbery and related charges. The Court ordered Brown to pay the $5 filing fee or file a completed application to proceed *in forma pauperis* by January 13, 2020, and Brown filed a timely motion to extend that deadline because he needs additional time to either pay the fee or obtain the documents he needs to file a completed *in forma pauperis* application. He does not state how much additional time he needs to do so.[1] Good cause appearing,

**IT IS ORDERED** that Brown's motion to extend time **[ECF No. 6] is GRANTED.** His January 13, 2020, **deadline** to pay the $5 filing fee or file a completed application to proceed *in forma pauperis* **is extended to January 31, 2020.** Brown is cautioned that he is responsible for

---
[1] ECF No. 6.

complying with the process at his facility to obtain account statements and that the court denies his request to order the prison to provide them.

Dated: December 23, 2019

_____
U.S. District Judge Jennifer A. Dorsey