# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACEY L. BROWN,

    Petitioner

v.

ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,

    Respondents

Case No.: 2:19-cv-02000-JAD-DJA

**Order Granting Extension of Time [ECF No. 20]**

    Before the court is 28 U.S.C. § 2254 habeas corpus petitioner Tracy Brown's unopposed motion for extension of time to file an amended petition.[1] Good cause appearing,

    IT IS ORDERED that petitioner's motion for extension of time to file an amended petition (ECF No. 20) is **GRANTED**. Petitioner must file the amended petition on or before July 6, 2020.

Dated: April 30, 2020

                                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 20.