UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN, | Case No.: 2:19-cv-02000-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Extension of Time** |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, et al., | **[ECF No. 22]** |
| Respondents | |

Respondents have filed an unopposed motion for extension of time to file a response to Tracey L. Brown's 28 U.S.C. § 2254 amended habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that respondents' second motion for extension of time to file a response to the amended petition **[ECF No. 27] is GRANTED**. Respondents must file their response on or before January 16, 2021.

Dated: December 1, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 27.