**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY L. BROWN,<br><br>    Petitioner<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:19-cv-02000-JAD-DJA<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 60]** |

Good cause appearing, IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to Tracey L. Brown's 28 U.S.C. § 2254 amended habeas corpus petition **[ECF No. 60] is GRANTED**. Respondents must file their response on or before March 30, 2022.

Dated: February 25, 2022.

_____
U.S. District Judge Jennifer A. Dorsey