UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN,<br><br>　　　Petitioner<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>　　　Respondents | Case No.: 2:19-cv-02000-JAD-DJA<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 64]** |

　　　Good cause appearing, IT IS ORDERED that petitioner Tracey L. Brown's unopposed motion for extension of time to file a reply in support of his 28 U.S.C. § 2254 amended habeas corpus petition **[ECF No. 64] is GRANTED**.  Brown must file the reply on or before July 29, 2022.

　　　Dated: May 18, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey