# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tracey L. Brown, | Case No.: 2:19-cv-02000-JAD-DJA |
| Petitioner | |
| v. | **Order Directing Petitioner to Send Courtesy Copy** |
| The State of Nevada, *et al.*, | |
| Respondents | |

IT IS ORDERED that counsel for 28 U.S.C. § 2254 habeas corpus petitioner Tracey L. Brown must send a courtesy hard copy of the photographic lineup at ECF No. 22-1 to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, directed to the attention of "Staff Attorney" on the outside of the mailing address label **by March 23, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 16, 2023